AFFIDAVIT OF SUITABLE SERVICE

INDEX # 07CIV6780    N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

---

The Nyc District Council Of Carpenters Pension Fund
Nyc District Council Of Carpenters Welfare Fund Et Al

- against -

Luigi Spagnolo Contractors

ODWYER & BERNSTEIN
52 Duane St
NEW YORK
NY 10007

(212) 571-7100

---

Atty File #                    Record # 88305              File # 87

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Ricardo Curo  #0943913 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 08/17/07 at 4:39pm   at 363 Stanley Avenue Brooklyn Ny 11207
deponent served the within Summons & Complaint In A Civil Action W/Judges' Rules on
Luigi Spagnolo Contractors
recipient therein named.

After your deponent was unable with due diligence to serve the
recipient in person, service was made by delivering a true copy
thereof to and leaving with "John Doe" Authorized Person
a person of suitable age and discretion at 363 Stanley Avenue
Brooklyn Ny 11207 said premises being the recipient's
usual place of business within the State of New York.

Deponent completed service by depositing a copy of the
Summons & Complaint In A Civil Action W/Judges' Rules on 08/20/07 in a postpaid,
properly addressed envelope by first class mail, bearing the legend
Personal & Confidential and not indicating legal action, in an offical
depository under the exclusive care and custody of the United States
Post Office in the State of New York.
Mailing was made to 363 Stanley Avenue Brooklyn Ny 11207

Attempts:
A description of the person served on behalf of the defendant is
as follows:
Approx Age: 40 Years  Approx Weight: 165 Lbs.  Approx Height: 5'6'
Sex: Male      Color of Skin: White     Color of Hair: Brown
Other: Refused To Give Full Name

Deponent spoke to "John Doe" - Authorized Person same as above,

confirmed the above address of defendant and asked whether defendant was in
active military service of the United States or the State of New York in any
capacity whatever or is a dependent of anyone in the military and received a
negative reply and the defendant always wore ordinary civilian clothes
and no military uniform. The source of my information and the grounds of my
belief are the conversations and observations above narrated. Upon information
and belief I aver that defendant is not in the military service of New York
State or of the United States as that term is defined in either the State
or in Federal statutes.

Sworn to before me this 08/20/07
Maureen Scarola #01SC6127636
Notary Public, State of New York
Nassau County, Commission Expires 05/31/09

Ricardo Curo  #0943913

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812